IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN B.[1],<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No.: 6:24-cv-00466-AN<br><br><br>JUDGMENT OF DISMISSAL |

　　　　Based upon the filing of plaintiff's Unopposed Motion for Dismissal with prejudice, filed August 1, 2024, this matter is hereby DISMISSED with prejudice and without costs or attorney fees to either party.

　　　　DATED this 5th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Adrienne Nelson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party.

1